**Order entered December 4, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01266-CV

### MARTIN BETTWIESER, Appellant

### V.

### SANDRA K. JEFFERY, ET AL., Appellees

**On Appeal from the County Court at Law**
**Bastrop County, Texas**
**Trial Court Cause No. 17-18735**

## ORDER

Before the Court is the December 3, 2018 request of Angela Freeman, Official Court Reporter for Bastrop County Court at Law, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **December 27, 2018**.

/s/    ADA BROWN
          JUSTICE